# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL SICKLES,** | : |
| **Plaintiff** | : |
| | :    **CIVIL ACTION NO. 3:13-1925** |
| **v.** | : |
| | :    **(Mannion, D.J.)** |
| **CAROLYN W. COLVIN,** | :    **(Schwab, M.J.)** |
| **Defendant** | : |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**, the report and recommendation of Judge Schwab, (Doc. 14), is **ADOPTED IN FULL**. The case is remanded to the ALJ for further proceedings consistent with this memorandum and Judge Schwab's report. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 15, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1925-01-order.wpd